UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CEPATA RICHMOND,<br><br>Plaintiff,<br><br>v.<br><br>UNDERWOOD, et al.,<br><br>Defendants. | Case No. 18-03966 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On July 2, 2018, Plaintiff, a California state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.[1] On the same day, the Clerk sent Plaintiff a notice informing him that he must either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days or else the case would be dismissed. (Docket No. 2.) On July 11, 2018, Plaintiff filed a deficient IFP application. (Docket No. 6.) Specifically, Plaintiff's IFP application did not contain a Certificate of Funds in Prisoner's Account signed by a prison official. (*Id.*)

In the interest of justice, Plaintiff shall be granted an extension of time to either pay the filing fee or file the necessary document to support the IFP application filed. Plaintiff

---

[1] This matter was reassigned to this Court on July 13, 2018. (Docket No. 5.)

shall file a completed Certificate of Funds in Prisoner's Account signed by a prison official **no later than twenty-eight (28) days** from the filing date of this order.

The Clerk shall enclose two copies of a blank Certificate of Funds in Prisoner's Account with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated: 8/13/2018

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP App.
P:\PRO-SE\BLF\CR.18\03966Richmond_eot-ifp.docx

2