UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CEPATA RICHMOND,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDERWOOD, et al.,<br><br>    Defendants. | Case No. 18-03966 BLF (PR)<br><br>**ORDER OF DISMISAL** |

On July 2, 2018, Plaintiff, a California state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.[1] On the same day, the Clerk sent Plaintiff a notice informing him that he must either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days or else the case would be dismissed. (Docket No. 2.) On July 11, 2018, Plaintiff filed a deficient IFP application. (Docket No. 6.) On August 13, 2018, the Court granted Plaintiff a twenty-eight day extension of time to either pay the filing fee or file a complete IFP application. (Docket No. 8.)

To date, Plaintiff has not filed the documents necessary to complete his IFP application, nor has Plaintiff had any further communication with the Court. Accordingly,

---

[1] This matter was reassigned to this Court on July 13, 2018. (Docket No. 5.)

this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and deadlines and close the file.

**IT IS SO ORDERED.**

Dated: September 26, 2018

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.18\03966Richmond_dism-ifp.docx