UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CEPATA RICHMOND,<br><br>        Plaintiff,<br><br>    v.<br><br>UNDERWOOD, et al.,<br><br>        Defendants. | Case No. 18-03966 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: <u>September 26, 2018</u>

BETH LABSON FREEMAN
United States District Judge